UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Monica T.,

          Plaintiff,

v.

Kilolo Kijakazi,

          Defendant.

Case No. 22-cv-152 (LIB)

**ORDER**

This matter comes before the undersigned United States Magistrate Judge upon Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. [Docket No. 27].

On January 18, 2023, Plaintiff filed her Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. [Docket No. 27]. Defendant has filed her response to Plaintiff's Motion.

Therefore, pursuant to the Local Rules governing motions for attorney fees filed in Social Security cases in the District of Minnesota, **IT IS HEREBY ORDERED THAT:**

1. As soon as practicable and in any event by no later than **Wednesday, February 15, 2023**, Plaintiff shall file and serve her reply memorandum, if she wishes to do so; and

2. The Court will take Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, [Docket No. 27], under advisement upon the parties' written submissions as of **February 16, 2023**.

Dated: February 1, 2023

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE